UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| SILVERIO GONZALEZ-MENDIOLA,<br><br>             Petitioner,<br><br>       v.<br><br>DHS/ICE,<br><br>             Respondent. | ) ) ) ) ) ) ) ) ) ) | Case No. 5:25-cv-03631-SVW-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the First Amended Petition is denied and this action is dismissed without prejudice.

Dated: April 14, 2026 _____

_____
HON. STEPHEN V. WILSON
United States District Judge